Nobantu Ankoanda
206 Fayetteville Road
Decatur, GA 30030
(650) 766-5663

Plaintiff, In Pro Per

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: James Paul Garrett, | Case No.: 14-41630 |
| DEBTORS, | Chapter 7 |
| Nobantu Ankoanda, | COMPLAINT TO DETERMINE NON-DISCHARGEABLILITY OF DEBT |
| Plaintiff, | |
| vs. | |
| James Garrett, | |
| Defendant | |

1. **COMPLAINT TO DETERMINE NON-DISCHARGEABILITY COMPLAINT**

Comes now, Nobantu Ankoanda ,Pro Se ("Plaintiff"), for her complaint against defendant, James Paul Garrett ("Defendant") and alleges as follows:

James Garrett maliciously and fraudantly filed for bankruptcy to avoid paying debt of $200,000 plus 10% interest that was owed to me and which he on two occasions agreed to repay the debt but reneged.

1. This is a core proceeding over which this court has jurisdiction under title 28 U.S.C.§ 157(b).

Chapter 7

COMPLAINT TO DETERMINE NON-DISCHARGEABLILITY OF DEBT - 1

2. Defendant is the debtor in the Chapter 7 case which was filed on March 16, 2014. The deadline to file a complaint for determination of dischargeability is July 21, 2014, so this complaint is timely. Plaintiff is a creditor of defendant by virtue of the following facts:

   a. On or about November 2002 defendant borrowed $150,000 from plaintiff for the down payment on a single family property at 814 59th Street, Oakland, CA purchased by the plaintiff on behalf of the defendant who initially agreed to pay the mortgage on a monthly basis. He also agreed to pay the equity loan that was in my name within two years. By the end of 2004, the defendant failed to pay back the loan.

   b. After not receiving the repayment on the loan, plaintiff no longer wanted ownership of the property. The defendant decided to get his business associates to agree to assume the property and pay back the loan once the house was refinanced.

   c. After the business associates assumed the property, they refinanced it, deeded to the defendant and paid the defendant approximately $115,000. Defendant paid me $10,000.

   d. On or about August 2007 plaintiff filed a lawsuit against the defendant and the business associates. Consequently, the defendant ceased making payments on the equity loan.

   a. On or about 2010 defendant in an arbitration hearing agreed to start making payments on the debt. His attorney, Davis, neglected to write up the paper work for the Judge and the defendant deliberately refused to pay.

Chapter 7

COMPLAINT TO DETERMINE NON-DISCHARGEABLILITY OF DEBT - 2

b. On or about _April_ defendant on the first day of a jury trial dated _2011_ He and his attorney requested a settlement that was granted by the Judge. He was to complete making payments by January 2012 and if the loan was not repaid, he would have to deed his property to me. Again, no payment was received.

c. On or about _Jan. 2014_ filed a motion for breach of contract due to fraud and he maliciously filed for bankruptcy.

Based on the above, the plaintiff believes this debt owed by the defendant should not be dischargeable. The plaintiff should have included this debt with the other creditorrs

Dated this 21 of July, 2014

_[signature]_
[Attorney Name]

Chapter 7

COMPLAINT TO DETERMINE NON-DISCHARGEABLILITY OF DEBT - 3