# Notice Recipients

District/Off: 0971−4      User: vbadea      Date Created: 7/22/2014
Case: 14−41630      Form ID: ODSC7fi      Total: 31

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13687758      Unknown (original Creditor:unknown)

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      James Paul Garrett      814 59th Street      Oakland, CA 94608
tr      Lois I. Brady      P.O. Box 12425      Oakland, CA 94604
cr      Atlas Acquisitions LLC      Attn: Avi Schild      294 Union St.      Hackensack, NJ 07601
aty      Marend M. Garrett      Law Offices of Marend M. Garrett      357 W 2cd St. # 11      San Bernardino, CA 91767−0000
smg      Labor Commissioner      1515 Clay St.      Room 801      Oakland, CA 94612
smg      State Board of Equalization      Collection Dept.      P.O. Box 942879      Sacramento, CA 94279
smg      CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280−0001
smg      CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812−2952
13687745      Acs/jpmorg      2277 E 22oth St      Long Beach, CA 90810
13687741      American Honda Finance      6261 Katella Ave Ste 1a      Cypress, CA 90630
13683763      Atlas Acquisitions LLC      294 Union St.      Hackensack, NJ 07601
13687746      Bk Of Amer      De5−019−03−07      Newark, DE 19714
13687747      Cap One      PO Box 85064      Glen Allen, VA 23058
13687748      Cap One      PO Box 85520      Richmond, VA 23285
13665406      Capital One      PO Box 71083      Charlotte, NC 28272−1083
13687749      Cb/vicscrt      PO Box 182128      Columbus, OH 43218−2128
13687750      Cbna      1000 Technology Dr      O Fallon, MO 63368
13687751      Citi      PO Box 6241      Sioux Falls, SD 57117
13687752      Comenity Bank/anntylr      PO Box 182273      Columbus, OH 43218
13687753      Comenity Bank/vctrssec      PO Box 182789      Columbus, OH 43218
13687754      Cooperative Ctr Fcu      2001 Ashby Ave      Berkeley, CA 94703
13687755      Enhancrcvrco      (original Creditor:11 At T)      8014 Bayberry Rd      Jacksonville, FL 32256
13687744      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
13687756      Medicredit Corporation      (original Credito      1801 California Ave      Corona, CA 92881
13687742      Nationstar Mortgage LI      350 Highland Dr      Lewisville, TX 75067
13687757      Nobantu Ankoanda      206 Fayetteville Road      Atlanta, GA 30030
13687743      Specloansv      8742 Lucent Blvd.#300      Highlands Ranch, CO 80129
13687759      Us Bank/na Nd      4325 17th Ave S      Fargo, ND 58125
13687760      Webbank/dfs      1 Dell Way      Round Rock, TX 78682

TOTAL: 29